# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0481. JAMES E. THOMPSON v. STATE OF GEORGIA.**

As far as we are able to deduce from the limited record in this case, it appears that James Thompson[1] filed a habeas corpus action in the trial court.[2] In April 2025, the trial court dismissed of all Thompson's claims in the civil action. In June 2025, Thompson filed a pleading in this Court challenging the trial court's order, which we have treated as an application for discretionary appeal.

The Supreme Court of Georgia has appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). To the extent that Thompson's application concerns a habeas corpus matter, jurisdiction over this application may lie in the Supreme Court. As that Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/14/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] In Case No. A21A1685, this Court affirmed Thompson's aggravated stalking and terroristic threats convictions in an unpublished opinion. (Dec. 3, 2021).

[2] The record does not contain a petition for writ of habeas corpus.